UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:19-cv-80914-RAR

GLORIA CALDAROLA,

      Plaintiff,

vs.

HARRY CONGLETON, LLC, a Florida Limited Liability Company, and TOTAL VITALITY MEDICAL GROUP LLC, a Florida Limited Liability Company,

      Defendants.
_____/

## NOTICE OF SETTLEMENT
### (*AS TO DEFENDANT HARRY CONGLETON, LLC ONLY*)

The Plaintiff, GLORIA CALDAROLA, by and through undersigned counsel, hereby files this Notice of Settlement *as to Defendant HARRY CONGLETON, LLC only*, and states that the Plaintiff and the Defendant, HARRY CONGLETON, LLC, a Florida Limited Liability Company, have reached an agreement to settle this matter. The Parties are in the process of finalizing settlement documents and will be filing a Joint Request for Entry of Consent Decree with this Court along with a proposed order.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via

transmission of Notices of Electronic Filing generated by CM/ECF.

        CYNTHIA K. MITCHELL, P.A.
        Attorneys for Plaintiff
        1364 Amaryllis Lane
        West Palm Beach, Florida  33415
        Telephone: 561-244-2533
        Facsimile: 888-260-6181
        Email: cmitchell@ckmpa.com

By:     s/ Cynthia K. Mitchell
        CYNTHIA K. MITCHELL
        Florida Bar No. 0571563

**SERVICE LIST**
**Gloria Caldarola v. Harry Congleton, LLC, et al.**
**Case No. 9:19-cv-80914-RAR**
**United States District Court, Southern District of Florida**

Jake Blanchard, Esquire
jake@jakeblanchardlaw.com
BLANCHARD LAW, P.A.
1501 S. Belcher Rd., 2B
Largo, Florida  33771
Phone: 727-531-7068
Fax No: 727- 535-2086
Counsel for Defendant Total Vitality Medical Group LLC
Method of Service: CM/ECF

Daniel W. Anderson, Esquire
danderson@floridalawpartners.com
ANDERSON LAW GROUP
13577 Feather Sound Drive, Suite 500
Clearwater, Florida  33762
Telephone: (727) 329-1999
Counsel for Defendant Harry Congleton, LLC
Method of Service: CM/ECF