UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80914-RAR

**GLORIA CALDAROLA**,

    Plaintiff,

v.

**HARRY CONGLETON, LLC,** *et al.*,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANT TOTAL VITALITY MEDICAL GROUP, LLC

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal of Defendant Total Vitality Medical Group, LLC [ECF No. 29], filed on November 21, 2019. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant Total Vitality Medical Group, LLC is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of November, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**